In the Matter of ROY W. LEGG et al., Appellants, against ARTHUR W. BRANDT, as Superintendent of Public Works of the State of New York, et al., Respondents.

Submitted April 15, 1942; decided April 30, 1942.

*Harry W. Williams* for appellants.

*John J. Bennett, Jr., Attorney-General (Edward J. Gretchen* and *Henry Epstein* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.